IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HILL, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-6854 |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *14th* day of *May*, 2013, upon consideration of Defendant United States of America's Motion to Dismiss (Docket No. 11) and Plaintiffs' Response in Opposition (Docket No. 13), it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

BY THE COURT:

*Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.